UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS - 6

| Case No. | CV 12-85 CAS (PJWx) | Date | March 12, 2012 |
|---|---|---|---|
| Title | RICHARD-DY ONG v. BANK OF AMERICA NA; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine M. Jeang | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not Present | Not Present | |

**Proceedings:**     (In Chambers:) ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE

I.   INTRODUCTION

On January 4, 2012, plaintiff Richard-Dy Ong filed an illegible complaint. In an order dated January 13, 2012, the Court ordered plaintiff to file a "legible and orderly" amended complaint no later than February 2, 2012. The Court admonished plaintiff that failure to do so could result in dismissal of his action. On January 31, 2012, plaintiff filed a request for an extension of time to file an amended complaint. The Court granted that request on February 1, 2012, and ordered plaintiff to file an amended complaint no later than February 17, 2012.

As of the date of this order, plaintiff has not filed an amended complaint. Accordingly, the Court hereby DISMISSES the case for failure to prosecute. See Local Rule 41-1.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SMOM | |